SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>   v.<br><br>(1) APPROXIMATELY $22,970 IN<br>UNITED STATES CURRENCY, AND<br>(2) A DAN WESSON .357 REVOLVER,<br>SERIAL NUMBER 336484,<br><br>               Defendants. | No. 06-6965<br><br>DEFAULT JUDGMENT |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a claim and answer, it is by the Court on this __3__ day of October, 2007,

1     ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is
2 entered for the United States against (1) defendant approximately $22,970 in United States
3 Currency, and (2) defendant Dan Wesson .357 Revolver, Serial Number 336484; and it is
4     FURTHER ORDERED that the defendant approximately $22,970 in United States
5 Currency, and (2) defendant Dan Wesson .357 Revolver, Serial Number 336484 be and hereby
6 are condemned and forfeited to the United States, pursuant to 21U.S.C. § § 881(a)(6) and (11),
7 and that all right, title and interest in said property be and hereby is vested in the United States of
8 America; and it is
9     FURTHER ORDERED that the United States Marshals Service shall, in accordance with
10 law, dispose of the forfeited (1) defendant approximately $22,970 in United States Currency, and
11 (2) defendant Dan Wesson .357 Revolver, Serial Number 336484.

                                                    HONORABLE
                                                    United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

US's Motion for Default Judgment
No. 06-06965 SC                         2